AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

GH America Energy LLC )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:24-cv-00648
)
ELECTRIC RELIABILITY COUNCIL OF )
TEXAS, INC., et al. )
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Electric Reliability Council of Texas, Inc.
c/o CT Corporation System
1999 Bryan St Ste 900
Dallas, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Eliyahu (Eli) Ness, Ness PLLC, 3232 McKinney Ave, Suite 500
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Philip J. Devlin
CLERK OF COURT

Date: 06/14/2024    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-00648

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC
was received by me on *(date)* 6-14-24.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* TIERICA WILLIAMS CT CORPORATION SYSTEM, who is designated by law to accept service of process on behalf of *(name of organization)* ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC. 1999 BRYAN ST, SUITE 900, DALLAS, TX 75201 on *(date)* 6-14-24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ -0- for travel and $ 95.00 for services, for a total of $ 95.00.

I declare under penalty of perjury that this information is true.

Date: 6-14-24

*Server's signature*

Michael D. Dupree
Texas Process Server
PSC 10446 / 7-31-25
*Printed name and title*

Dallas Private Process
7200 N. Stemmons Frwy.
Suite 1304
Dallas, Texas 75247
*Server's address*

Additional information regarding attempted service, etc: