IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GH AMERICA ENERGY LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:24-CV-648-DII |
| ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., et al., | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the parties' notice of a joint stipulation regarding their extension of time to answer Plaintiff's complaint. (Dkt. 6). In light of the parties' notice, **IT IS ORDERED** that Defendants shall answer or otherwise respond to Plaintiff's complaint on or before **August 12, 2024**.

The Court reminds the parties that extensions of time must be filed as motions, rather than notices or stipulations.

**SIGNED** on June 20, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE