IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GH AMERICA ENERGY LLC,<br><br>       *Plaintiffs,*<br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.; PABLO VEGAS, Chief Executive Officer of the ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.; PAUL FOSTER, BILL FLORES, CARLOS AGUILAR, LINDA CAPUANO, LORI COBOS, JULIE ENGLAND, ROBERT FLEXON, THOMAS GLEESON, PEGGY HEEG, COURTNEY HJALTMAN, and JOHN SWAINSON, Members of the Board of Directors of the RELIABILITY COUNCIL OF TEXAS, INC.,<br><br>       *Defendants,*<br><br>And<br><br>KEN PAXTON, in his official capacity as the Attorney General of Texas,<br><br>       [Proposed] *Intervenor-Defendant.* | Case No. 1:24-cv-00648 |

**PROPOSED ORDER GRANTING ATTORNEY GENERAL KEN PAXTON'S UNOPPOSED MOTION TO INTERVENE**

After considering Attorney General Ken Paxton's Unopposed Motion to Intervene, the Court **GRANTS** the Motion. For the reasons in the Motion, the requirements for intervention have been satisfied. The Court thus grants Attorney General Ken Paxton leave to intervene as a defendant, with all the rights of ordinary defendants.

It is **ORDERED** that the caption in this case is amended to reflect the same.

It is further **ORDERED** that Attorney General Ken Paxton's proposed answer filed contemporaneously with the Motion to Intervene is hereby deemed filed, and the Clerk is ordered to separately docket the Original Answer and Jury Demand as filed on the date of this order.

**SIGNED** this \_\_\_\_ day of _____, 2024.

_____
**UNITED STATES DISTRICT JUDGE**