UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **GH AMERICA ENERGY LLC,** *Plaintiff* § § § | |
| **v.** § | No. 1-24-CV-00648-DII |
| § | |
| **ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., ET AL.,** *Defendants* § § § § | |

# ORDER

Defendants filed their Motion to Dismiss on August 12, 2024. Dkt. 13. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judge's Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District **Judge Robert Pitman's** form on or before **October 28, 2024**.

**SIGNED** October 15, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1