IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GH AMERICA ENERGY LLC<br><br>*Plaintiff*<br><br>v.<br><br>DOUGLAS FOHN, in his official capacity as Assistant General Counsel of the Electric Reliability Council of Texas, Inc. ("ERCOT"); HOLLY HEINRICH, in her official capacity as Legal/Regulatory Counsel of ERCOT; PABLO VEGAS, in his official capacity as Chief Executive Officer of ERCOT; PAUL FOSTER, in his official capacity as a member of the Board of Directors of ERCOT; BILL FLORES, in his official capacity as a member of the Board of Directors of ERCOT; CARLOS AGUILAR, in his official capacity as a member of the Board of Directors of ERCOT; LINDA CAPUANO, in her official capacity as a member of the Board of Directors of ERCOT; JULIE ENGLAND, in her official capacity as a member of the Board of Directors of ERCOT; ROBERT FLEXON, in his official capacity as a member of the Board of Directors of ERCOT; PEGGY HEEG, in her official capacity as a member of the Board of Directors of ERCOT; and JOHN SWAINSON, in his official capacity as a member of the Board of Directors of ERCOT,<br><br>*Defendants*,<br><br>ATTORNEY GENERAL KEN PAXTON,<br><br>*Intervenor-Defendant.* | CASE NO.1:24-CV-00648-DII |

**UNOPPOSED MOTION TO STAY PRETRIAL PROCEEDINGS
PENDING RULING ON MOTION TO DISMISS**

GH America Energy LLC ("Plaintiff") filed its Amended Complaint on August 26, 2024,

challenging the constitutionality of Texas's Lone Star Infrastructure Protection Act, codified at Tex.

- 1 -

Bus. & Comm. Code §§ 117.001-.003, and Tex. Gov't Code §§ 2275.0101-.0103, on Supremacy Clause and Equal Protection Clause grounds. (Dkt. 19). On October 2, 2024, Defendants Doug Fohn, Holly Heinrich, Paul Foster, Bill Flores, Carlos Aguilar, Linda Capuano, Julie England, Robert Flexon, Peggy Heeg, John Swainson, and Pablo Vegas, all in their purported official capacities, (collectively, "Movants"), filed their Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion to Dismiss") pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). (Dkt. 26). On October 15, 2024, the Court issued an order requiring the parties to submit a joint proposed scheduling order on or before October 28, 2024. (Dkt. 30).

In the interest of judicial economy, Movants request that all deadlines in this case, including the filing of an agreed scheduling order, be stayed pending resolution of the threshold issues presented by their Motion to Dismiss. Accordingly, Movants respectfully request that the Court stay all pretrial proceedings and continue the deadline for the parties to file their proposed scheduling order until 14 days after the Court has issued its order on the pending Motion to Dismiss, to save the parties and the Court any unnecessary time, burden, or expense

Respectfully submitted,
**WINSTEAD PC**

By: */s/ Elliot Clark*
Elliot Clark
State Bar No. 24012428
eclark@winstead.com
D. Blake Wilson
State Bar No. 24090711
bwilson@winstead.com
Elin Isenhower
State Bar No. 24104206
eisenhower@winstead.com
600 W. 5th, Suite 900
Austin, Texas 78701
Telephone: (512) 370-2800
Facsimile: (512) 370-2850

**ATTORNEYS FOR ALL DEFENDANTS IN THEIR OFFICIAL CAPACITIES**

- 3 -

**ALEXANDER DUBOSE & JEFFERSON LLP**

Wallace B. Jefferson
State Bar No. 00000019
wjefferson@adjtlaw.com
Rachel A. Ekery
State Bar No. 00787424
rekery@adjtlaw.com
ALEXANDER DUBOSE & JEFFERSON LLP
100 Congress Avenue, Suite 1450
Austin, Texas 78701-2709
Telephone: (512) 482-9300
Facsimile:  (512) 482-9303

**ATTORNEYS FOR ALL DEFENDANTS IN THEIR OFFICAL CAPACITIES**

**COOPER & KIRK PLLC**

David H. Thompson *(pro hac vice)*
D.C. Bar No. 450503
John D. Ramer *(pro hac vice)*
D. C. Bar No. 90002236
1523 New Hampshire Ave., N.W.
Washington D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
dthompson@cooperkirk.com
jramer@cooperkirk.com

**ATTORNEYS FOR ALL DEFENDANTS IN THEIR OFFICAL CAPACITIES**

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on October 22, 2024, I conferred with counsel for Plaintiff, and Plaintiff is unopposed to the relief requested in this motion to stay. Counsel for Defendant-Intervenor Attorney General Ken Paxton is also unopposed to the relief sought in this motion

*/s/ Elliot Clark*
Elliot Clark

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2024, the foregoing document was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Elliot Clark*
Elliot Clark