IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GH AMERICA ENERGY LLC<br><br>*Plaintiff*<br><br>v.<br><br>DOUGLAS FOHN, in his official capacity as Assistant General Counsel of the Electric Reliability Council of Texas, Inc. ("ERCOT"); HOLLY HEINRICH, in her official capacity as Legal/Regulatory Counsel of ERCOT; PABLO VEGAS, in his official capacity as Chief Executive Officer of ERCOT; PAUL FOSTER, in his official capacity as a member of the Board of Directors of ERCOT; BILL FLORES, in his official capacity as a member of the Board of Directors of ERCOT; CARLOS AGUILAR, in his official capacity as a member of the Board of Directors of ERCOT; LINDA CAPUANO, in her official capacity as a member of the Board of Directors of ERCOT; JULIE ENGLAND, in her official capacity as a member of the Board of Directors of ERCOT; ROBERT FLEXON, in his official capacity as a member of the Board of Directors of ERCOT; PEGGY HEEG, in her official capacity as a member of the Board of Directors of ERCOT; and JOHN SWAINSON, in his official capacity as a member of the Board of Directors of ERCOT,<br><br>*Defendants*,<br><br>ATTORNEY GENERAL KEN PAXTON,<br><br>*Intervenor-Defendant.* | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CASE NO.1:24-CV-00648-DII |

**ORDER**

Before the Court is Movants' Douglas Fohn, Holly Heinrich, Paul Foster, Bill Flores, Carlos Aguilar, Linda Capuano, Julie England, Robert Flexon, Peggy Heeg, John Swainson, and Pablo Vegas, Unopposed Motion to Stay Pretrial Proceedings Pending Ruling on Motion to Dismiss. For the

reasons set forth in the motion, the Court concludes that the motion should be **GRANTED**. Accordingly,

It is **ORDERED** that this proceeding is stayed and the deadline for the parties to submit a joint proposed scheduling order is continued until 14 days after the Court rules on Defendants' pending Motion to Dismiss Plaintiff's First Amended Complaint.

**SIGNED** on October \_\_\_, 2024.

                                                                                                                          _____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE