UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GH America Energy LLC | § |
| | §   CIVIL NO: |
| vs. | §   AU:24-CV-00648-RP |
| | § |
| Pablo Vegas, et al | § |

## ORDER SETTING HEARING ON MOTION TO DISMISS

  IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING ON MOTION TO DISMISS** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, July 10, 2025 at 01:30 PM**.

  IT IS SO ORDERED this 5th day of June, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE