UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GH America Energy LLC | § | |
| | § | CIVIL NO: |
| vs. | § | AU:24-CV-00648-RP |
| | § | |
| Pablo Vegas, et al | § | |

## ORDER GRANTING MOTION AND RESETTING HEARING ON MOTION TO DISMISS

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **HEARING ON MOTION TO DISMISS** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Tuesday, July 22, 2025 at 09:00 AM**.

IT IS SO ORDERED this 12th day of June, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE