IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GH AMERICA ENERGY LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:24-CV-648-RP |
| PABLO VEGAS, *in his official capacity as Chief Executive Officer of the Electric Reliability Council of Texas, Inc.*, et al., | § § § § § | |
| Defendants. | § § | |

# FINAL JUDGMENT

On this date, the Court entered an order granting Defendants' motion to dismiss and dismissing Plaintiff's claims. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on September 16, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE